IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CT-3002-D

| | | |
|---|---|---|
| LANCE ADAM GOLDMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| KEVIN BRIAN STRICKLAND, | ) | |
| | ) | |
| Defendant. | ) | |

On January 7, 2011, Lance Adam Goldman ("Goldman" or "plaintiff") filed this action pursuant to 42 U.S.C. § 1983 [D.E. 1]. On January 25, 2011, the court granted Goldman's motion to dismiss the action without prejudice [D.E. 5]. Goldman now moves to "reimburse or refund plaintiff's filing fee" [D.E. 6].

A review of the docket in this case reveals that Goldman has not actually paid any portion of the filing fee in this case; thus, to the extent he seeks any reimbursement of fees, the court denies his motion. However, the court GRANTS the motion [D.E. 6] in part, and VACATES the January 7, 2011 order directing monthly payments from Goldman's inmate trust account [D.E. 3].

SO ORDERED. This 13 day of January 2012.

JAMES C. DEVER III
Chief United States District Judge